IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| COURTNEY WADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1-05-1223 |
| v. | ) Judge Todd |
| | ) Magistrate Judge Anderson |
| UNITED PARCEL SERVICE | ) Jury Demand |
| OF AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER EXTENDING TIME TO ANSWER

This matter is before the Court on the parties' Joint Motion to Extend Time for to Answer. For the reasons stated in the Joint Motion, and based on the agreement of the parties, the Court hereby **GRANTS** the motion: Defendant shall have until November 10, 2005 to respond to the Complaint.

SO ORDERED this 24th day of October, 2005.

S. Thomas Anderson USMJ
~~U.S. DISTRICT JUDGE JAMES D. TODD~~

1153008.2

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/26/05

AGREED TO AND APPROVED FOR ENTRY:

_____ with permission
Darrell J. O'Neal (BPR # 20927)
2129 Winchester Road
Memphis, Tennessee 38116
Attorney for Plaintiff
Phone: (901) 345-8009
Fax:   (901) 345-8014


_____
Stanley E. Graham (BPR # 19788)
James W. J. Farrar  (BPR #22782)
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, Tennessee  37219
Phone: (615) 244-6380
Fax:   (615) 244-6804

Attorneys for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01223 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Stanley E. Graham
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Honorable James Todd
US DISTRICT COURT