# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| COURTNEY WADE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Docket No. 1:05-1223-JDT-sta |
| v. | ) | Judge Todd |
| | ) | Magistrate Judge Anderson |
| UNITED PARCEL SERVICE, INC. | ) | |
| | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER CHANGING NAME OF DEFENDANT

By agreement of the parties, it is hereby ORDERED that the Defendant listed as "United Parcel Service of America, Inc." in the caption and text of Plaintiff's Complaint is amended and "United Parcel Service, Inc." is substituted therefore.

ENTERED THIS _21st_ DAY OF DECEMBER, 2005.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on _12|23|05_

1159160.1

AGREED TO AND APPROVED FOR ENTRY:


Darrell J. O'Neal
2129 Winchester Road
Memphis, TN  38116

Attorney for Plaintiff Courtney Wade


Stanley E. Graham (BPR #019788)
James W. J. Farrar (BPR #022782)
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
P. O. Box 198966
Nashville, TN  37219-8966
(615) 244-6380 (phone)
(615) 244-6804 (facsimile)

Attorneys for Defendant United Parcel Service, Inc.


1159160.1                                2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01223 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Stanley Eugene Graham
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

James William Jefferson Farrar
WALLER LANSDEN DORTCH & DAVIS
511 Union St.,Ste. 2700
P.O. Box 198966
Nashville, TN 37219--896

Honorable James Todd
US DISTRICT COURT