IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| COURTNEY WADE, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:05-1223-JDT-sta |
| | ) Judge Todd |
| | ) Magistrate Judge Anderson |
| UNITED PARCEL SERVICE, INC. | ) |
| | ) Jury Demand |
| Defendants. | ) |

## [~~PROPOSED~~] RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**
No later than January 13, 2006.

**JOINING PARTIES:**

for Plaintiff:     January 9, 2006
for Defendant:  January 30, 2006

**AMENDING PLEADINGS:**

for Plaintiff:     January 9, 2006
for Defendant:  January 30, 2006

**COMPLETING ALL DISCOVERY:** July 10, 2006

    (a) **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:** July 10, 2006

1171589.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/28/05



    (b)    **EXPERT DISCLOSURE (Rule 26(a)(2)):**

        (i)    Plaintiff's Experts:    July 31, 2006
        (ii)    Defendant's Experts:    September 4, 2006
        (iii)    Supplementation under Rule 26(e):    September 18, 2006

    (c)    **DEPOSITIONS OF EXPERTS:**    October 20, 2006

**FILING DISPOSITIVE MOTIONS:**    October 20, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)    for Plaintiff:    December 22, 2006
    (b)    for Defendant:    December 22, 2006

Parties shall have ten (10) days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last three (3) days and is **SET** for **JURY TRIAL** on **January 22, 2007** at **9:30 A.M.** A joint pretrial order is due on January 12, 2007. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply

accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>***

This order has been entered after the consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*S. Thomas Anderson  12/27/05*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

1171589.1

AGREED TO AND APPROVED FOR ENTRY:

_____
Darrell J. O'Neal
2129 Winchester Road
Memphis, TN 38116

Attorney for Plaintiff Courtney Wade

_____
Stanley E. Graham (No. 019788)
James W. J. Farrar (No. 022782)
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2100
Nashville, Tennessee 37219
615-244-6380
615-244-6804 (fax)

Attorneys for Defendant United Parcel Service, Inc.

1171589.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01223 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Darrell J. O'Neal
LAW OFFICE OF DARRELL J. O'NEAL
2129 Winchester
Memphis, TN 38116

Stanley Eugene Graham
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

James William Jefferson Farrar
WALLER LANSDEN DORTCH & DAVIS
511 Union St.,Ste. 2700
P.O. Box 198966
Nashville, TN 37219--896

Honorable James Todd
US DISTRICT COURT