IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| COURTNEY B. WADE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   1:05-cv-01223-JDT-sta |
| | ) |
| UNITED PARCEL SERVICE, INC., | )   Judge Todd |
| | )   Magistrate Judge Anderson |
|     Defendant. | ) |
| | )   JURY DEMAND |
| | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), Plaintiff, Courtney Wade, and Defendant, United Parcel Service, Inc., hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, fees, and expenses in connection with this action.

**COURTNEY WADE:**

By: s/Darrell J. O'Neal, with permission
Darrell J. O'Neal, Esq.
2129 Winchester Road
Memphis, TN 38116
(901) 345-8009 (phone)
(901) 345-8014 (facsimile)

**UNITED PARCEL SERVICE, INC.:**

By: s/Stanley E. Graham
Stanley E. Graham (BPR #019788)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
P. O. Box 198966
Nashville, TN 37219-8966
(615) 244-6380 (phone)
(615) 244-6804 (facsimile)

1264795.1